UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LUBENA LORENZO, individually and on behalf of all others similarly situated,

    Plaintiff,

v.    Case No.: 2:20-cv-109-FtM-38MRM

DURHAM & DURHAM LLP,

    Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on *sua sponte* review of the file. On April 7, 2020, the Court granted Defendant Durham & Durham LLP's motion to dismiss Plaintiff Lubena Lorenzo's Complaint. (Doc. 13). In doing so, it dismissed without prejudice the Complaint and gave Plaintiff until April 20, 2020, to file an amended complaint. The Court warned Plaintiff that not doing so would result in the case being closed. (*Id.* at 6). To date, Plaintiff has not filed an amended complaint. The Court's Opinion and Order (*Id.*) thus becomes a final judgment and the case will be closed. *See Auto. Alignment & Body Servs., Inc. v. State Farm*, 953 F.3d 707, 720 (11th Cir. 2020).

Accordingly, it is now

**ORDERED:**

(1) The above-captioned case is dismissed without prejudice. (Doc. 13).

(2) The Clerk is **DIRECTED** to enter judgment and close the file.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 21st day of April 2020.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record